NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**JAMES HEDMAN CLARK,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2015-5002

---

Appeal from the United States Court of Federal Claims in No. 1:11-cv-00010-VJW, Judge Victor J. Wolski.

---

**ON MOTION**

---

**O R D E R**

James Hedman Clark moves for a sixty-day extension of time, until February 2, 2015, to file his principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Mr. Clark's brief is due February 2, 2015.

2                                         CLARK v. US


FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s21

2                                         CLARK v. US